UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IO GROUP, INC.,

        Plaintiff,

    v.

DUANE ADKINS,

        Defendant.

_____/

No. C 04-4819 PJH

**ORDER ADOPTING
MAGISTRATE JUDGE'S REPORT
AND RECOMMENDATION**

The court has reviewed Magistrate Judge Chen's report and recommendation regarding plaintiff's motion for default judgment, as well as plaintiff's objections to the report. The court finds the report correct, well-reasoned and thorough, and adopts it in every respect. Accordingly, the court finds that the motion for default judgment must be GRANTED.

Judgment will be entered in the amount of $101,000 for copyright infringement and $75,750 for unauthorized commercial use of plaintiff's photographs, for a total damages award of $176,750.

**IT IS SO ORDERED.**

Dated:  June 22, 2005

_____
PHYLLIS J. HAMILTON
United States District Judge